VITALE-DIV. OF SHEFF REALTY, INC., ET AL. *v.* JOHN
L. SULLIVAN, TAX COMMISSIONER, ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is granted.

*Richard A. Gitlin,* assistant attorney general, with whom was *Ralph G. Murphy,* assistant attorney general, for the appellees (defendants).

*Louis Vitale,* pro se, the appellant (plaintiff).

Argued May 6—decided May 6, 1969

The appellant filed a motion for reargument which was denied.

BROTHERHOOD HOMES, INC. *v.* AMERICAN SURETY
COMPANY OF NEW YORK ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is denied.

*William J. Butler,* for the appellees (defendants).

*F. Timothy McNamara,* for the appellant (plaintiff).

Argued May 6—decided May 6, 1969

THE NEW ENGLAND FLOOR COVERING COMPANY, INC.
*v.* ARCHITECTURAL INTERIORS, INC., ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Richard M. Feingold,* for the appellee (plaintiff).

*Gerald F. Stevens,* for the appellant (defendant Dallachie).